



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 16, 2023**

**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

**IN RE:**                                                                                              **CASE NO.: 18-41907-MXM-13**

**THERESA CORONA**

   662 HARVEST HILL ST
   LEWISVILLE, TX 75067
   SSN/TIN: XXX-XX-5205

**DEBTOR**
_____

### ORDER DISCHARGING STANDING TRUSTEE,
### TERMINATING FURTHER LIABILITY ON BOND, AND CLOSING CASE
_____

    It appearing to the Court that Pam Bassel, Standing Chapter 13 Trustee in the above-styled case pending under Chapter 13 of Title 11 of the United States Code, has filed a Final Report and Accounting showing that the estate in this case has been fully administered; that the Standing Trustee does not hold any funds to be paid or distributed in this case; that the Trustee should be discharged and further liability on the said Trustee's bond with respect to this case be terminated.

    IT IS THEREFORE ORDERED:

    That Pam Bassel, Standing Chapter 13 Trustee in this case, is discharged; that the Trustee and the sureties or surety on the Trustee's Bond are relieved from liability with respect to this case, except such liability as may have accrued heretofore; that such Bond is cancelled; and that the Chapter 13 case of the above-named Debtor is closed.

# # # End of Order # # #